Opinion by FORD J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.

JANUARY 23, 1963

**No. 67378.**—The Milford Co. of California and John L. Westland & Son, Inc. *v.* United States, protest 61/21213. Protest dismissed November 28, 1962. (Not published.) Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, JANUARY 28, 1963

**No. 67379.**—Biddle Purchasing Co. *v.* United States, protest 61/12395 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67380.**—Wheeler & Miller and National Import Co. *v.* United States, protest 62/13049 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67381.**—Transamerican Match Corporation *v.* United States, protest 62/14295 (Galveston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.